◼ In the Matter of CHEYENNE M., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; CHARLIE M., Appellant, et al., Respondent. [922 NYS2d 218]—Appeal from an order of the Family Court, Erie County (Patricia A. Maxwell, J.), entered July 15, 2010 in a proceeding pursuant to Family Court Act article 10. The order granted petitioner's motion for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Fahey, Carni, Green and Gorski, JJ.